**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

JANE DOE 6                                                                                                          PLAINTIFF

VS.                                                     CIVIL ACTION NO. 3:14-CV-32-NBB-SAA

RUST COLLEGE, SYLVESTER
OLIVER, and DAVID BECKLEY,
in his official capacity as President
of Rust College                                                                         DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' partial motion to dismiss is **GRANTED**. The defendants' motion for partial summary judgment is **dismissed as moot**.

This, the 25th day of September, 2015.

                                                            /s/ Neal Biggers
                                                            **NEAL B. BIGGERS, JR.**
                                                            **UNITED STATES DISTRICT JUDGE**